## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW ROBERT ELMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 25-2247 (UNA) |
| | ) |
| JAMES GAINEY, | ) |
| | ) |
| Defendant. | ) |

### **MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court GRANTS the application and, for the reasons stated below, DISMISSES the complaint and this civil action without prejudice.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted such that they might prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

According to plaintiff, defendant "beat [plaintiff] and robbed [plaintiff's] house in [H]artsville[,] South Carolina," Compl. at 3, and plaintiff demands the return of money and property, *see id*. at 4.  In addition, plaintiff alleged, defendant "chip[p]ed [him] with dog trackers," *id*., and "sprayed" him with a substance "to cover stab wounds + gun shots wounds," *id*.

This complaint offers nothing more than vague and conclusory assertions which fail to articulate a viable legal claim against the sole defendant, whose whereabouts are unknown, *see id*. at 2.  As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8, and it will be dismissed.  An Order consistent with this Memorandum Opinion is issued separately.

DATE: January 2, 2026                    /s/
                                         ANA C. REYES
                                         United States District Judge